U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 1 3 2006

CLERK U.S. DISTRICT COURT
By
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA    )
                            )
VS.                         )          CASE NO.:   3:05-CR-131-N (04)
                            )
TRAVOSKI DEMON OSBY,        )

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE
## CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of

Guilty of the United States Magistrate Judge, and no objections thereto having been filed within ten

days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty

is correct, and it is hereby accepted by the Court.  Accordingly, the Court accepts the plea of guilty,

and Defendant is hereby adjudged guilty.  Sentence will be imposed in accordance with the Court's

scheduling order.

SIGNED this _10_ day of ___March___, 2006.


_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE